# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 1:09-CV-239- W

| | |
|---|---|
| BRIAN E. ROOT, et al,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERATIONS LAND COMPANIES, LLC, et al,<br><br>    Defendants,<br><br>v.<br><br>BRIAN C. KEMPTER.<br><br>    Third-Party Defendant. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF STEPHEN E. HUDSON |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant United Community Bank for admission *pro hac vice* of Stephen E. Hudson, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Hudson should be admitted *pro hac vice* as representing Defendant United Community Bank.

**IT IS THEREFORE ORDERED** that the motion (Doc. No. 127) is granted and that Stephen E. Hudson is admitted to practice before this Court *pro hac vice*.

Signed: February 10, 2010

*Frank D. Whitney*
Frank D. Whitney
United States District Judge