## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 1:09-CV-239- W

| | |
|---|---|
| **BRIAN E. ROOT, et al,** | |
| **Plaintiffs,** | |
| **v.** | |
| **GENERATIONS LAND COMPANIES, LLC, et al,** | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN E. HUDSON** |
| **Defendants,** | |
| **v.** | |
| **BRIAN C. KEMPTER.** | |
| **Third-Party Defendant.** | |

     **THIS CAUSE** having come before the Court on Motion of local counsel for Defendant United Community Bank for admission *pro hac vice* of Stephen E. Hudson, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Hudson should be admitted *pro hac vice* as representing Defendant United Community Bank.

     **IT IS THEREFORE ORDERED** that the motion (Doc. No. 127) is granted and that Stephen E. Hudson is admitted to practice before this Court *pro hac vice*.

Signed: February 10, 2010

Frank D. Whitney
United States District Judge