# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 1:09-cv-00239-W

| | |
|---|---|
| **BRIAN E. ROOT, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **GENERATIONS LAND COMPANIES,** ) | |
| **LLC, et al,** ) | |
| ) | |
| **Defendants, and** ) | **ORDER** |
| ) | |
| **GENERATIONS LAND COMPANIES, LLC,** ) | |
| **TERRY SETZER, AND LEE SETZER,** ) | |
| ) | |
| **Third-Party Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **BRIAN C. KEMPTER.** ) | |
| ) | |
| **Third-Party Defendant.** ) | |

**THIS MATTER** is before the Court on the joint motion of Third-Party Plaintiffs Generations Land Companies, LLC, Terry Setzer and Lee Setzer and Third-Party Defendant Bryan Kempter to dismiss the third-party complaint with prejudice. For the reasons stated in the unopposed motion, the Joint Motion to Dismiss (Doc. No. 142) is GRANTED.

**IT IS SO ORDERED.**

Signed: April 13, 2010

Frank D. Whitney
United States District Judge