# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv239

| | |
|---|---|
| BRIAN E. ROOT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GENERATIONS LAND COMPANIES, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the suggestion of settlement by the parties, which caused continuance of this matter from the court's trial calendar. Subsequent to the suggestion of settlement, the parties have now filed five separate stipulations of voluntary dismissal rather than one joint stipulation of dismissal of all claims signed by all parties as anticipated by Rule 41, Federal Rules of Civil Procedure. This hodge-podge of dismissals has made it practically impossible for the Clerk of this Court to discern whether all claims by all parties have actually and properly been dismissed under Rule 41. The court will, therefore, dismiss this action in its entirety with prejudice based on the representations of the parties, direct the Clerk to enter judgment, and allow any party who does not believe such dismissal is appropriate to move within the time provided by Rule 58(e) to alter or amend that judgment for good cause shown.

**ORDER**

**IT IS, THEREFORE, ORDERED** that in accordance with Rule 41, this action is **DISMISSED** in its entirety with prejudice. The Clerk shall enter judgment accordingly.

Signed: August 31, 2011

Max O. Cogburn Jr.
United States District Judge