# United States District Court
# For The Western District of North Carolina
# Asheville Division

BRIAN E. ROOT, et al.,

       Plaintiffs,                    JUDGMENT IN A CIVIL CASE

vs.                                     1:09cv239

GENERATIONS LAND COMPANIES, LLC, et al.,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/1/2011 Order.

Signed: September 1, 2011

*[Signature]*

Frank G. Johns, Clerk
United States District Court